**Motion Granted; Order filed April 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01131-CR

_____

### PAUL ARRINGTON WOOD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### &

_____

## NO. 14-12-01132-CR

_____

### LONE STAR LUBE & WASH L.P., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause Nos. 1334849 and 1334851**

**ORDER**

On December 12, 2012, Paul Arrington Wood filed a notice of appeal from the judgment signed December 12, 2012, and the appeal was assigned to this court under our appellate number 14-12-01131-CV. On December 12, 2012, Lone Star Lube & Wash, L.P., also filed a notice of appeal from the judgment signed December 12, 2012, which was assigned to this court under our appellate number 14-12-01132-CR. Both appeals allege the trial court erred in denying their joint motion to quash the indictments. On April 1, 2013, the appellants filed an unopposed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-01131-CR and 14-11-01132-CR **CONSOLIDATED.**

Appellants' consolidated brief is due on or before May 11, 2013.


PER CURIAM